IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD R. CONKLIN IV,<br>        Plaintiff | : | No. 3:24-CV-0189 |
| | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| JOHN DOE, *et al.*, | : | |
|         Defendants | : | |

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to CLOSE this case.

Date: 10/22/24

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court